**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ANDREW JAMES KOSTER,                                  Case No. 1:24-cv-00376-PLM-SJB

            Plaintiff,                                         Hon. Paul L. Maloney
                                                              Magistrate Judge Sally J. Berens
v

**THE CITY OF KALAMAZOO**,
**KALAMAZOO DEPARTMENT OF PUBLIC SAFETY**,
**OFFICER LINDSEY DENHARDER (12565)**,

            Defendants.

_____/

| | |
|---|---|
| ANTHONY PAULOVICH & WORRALL, PLLC | ROSATI, SCHULTZ, JOPPICH, & |
| Patricia L. Worrall (P62984) | AMTSBUECHLER, P.C. |
| Levi T. Smith (P80484) | Andrew J. Brege (P71474) |
| *Attorneys for Plaintiff* | Alexandra L. Page (P84663) |
| 835 Mason Street, Suite C220 | *Attorneys for Defendants* |
| Dearborn, MI 48124 | 822 Centennial Way, Ste. 270 |
| (313) 406-9722; (888) 343-1676 (fax) | Lansing, MI 48917 |
| trish@trishlaw.com | (517) 886-3800 |
| levi@anthonylitigation.com | abrege@rsjalaw.com |
| | apage@rsjalaw.com |

_____/

## STIPULATION AND ORDER OF DISMISSAL

### STIPULATION

The parties herein, by and through their respective counsel, hereby stipulate and agree that

this cause of action shall be dismissed with prejudice and without costs to any party herein.

ROSATI, SCHULTZ, JOPPICH, & AMTSBUECHLER, P.C.

*/s/ Alexandra L. Page*
_____
Andrew J. Brege (P71474)
Alexandra L. Page (P84663)
Dated:  June 6, 2024                    *Attorneys for Defendants*

ANTHONY PAULOVICH & WORRALL, PLLC

Dated:  June 6, 2024

/s/ Patricia L. Worrall
Patricia L. Worrall (P62984)
*Attorney for Plaintiff*

## ORDER OF DISMISSAL

This Court, upon review of the stipulation of the Parties and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that this cause of action shall be and hereby is dismissed with prejudice and without costs to any of the parties herein.

**IT IS SO ORDERED.** This resolves the last pending claim and closes this case.

Dated: June _7_, 2024

__/s/ Paul L. Maloney_____
Honorable Paul J. Maloney
District Court Judge